# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF WISCONSIN

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

ALL FUNDS AND DIGITAL CURRENCY IN XAPO, INC.    Case Number: **18-M-1220**
ACCOUNT NUMBER 8581049, INCLUDING ALL
SUB-WALLETS AND WALLETS, IN THE NAME OF
OVIDIU LAURENTIU PIROS WITH ASSOCIATED EMAIL
ADDRESS OF OVIDIU.PIROS@PROTONMAIL.COM

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

TO:    **SCOTT SIMONS, a Task Force Officer assigned to the Drug Enforcement Administration, and any Authorized Officer of the United States.**

An application by a federal law enforcement officer or an attorney for the government requests that certain property be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All funds and digital currency in Xapo, Inc. account number 8581049, including all sub-wallets and wallets, in the name of Ovidiu Laurentiu Piros with associated email address of ovidiu.piros@protonmail.com

I find that the affidavit and any recorded testimony establish probable cause to seize the property.

**YOU ARE HEREBY COMMANDED** to search on or before    **1/31**   , 2018
*(not to exceed 14 days)*

☒ in the daytime – 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge William E. Duffin.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. §2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person, who, or whose property, will be searched or seized *(check the appropriate box)*    ☐ for ____ days. *(not to exceed 30)*
                              ☐ until, the facts justifying, the later specific date of ____

Date and time issued    **1/19**, 2018; **1:10** p.m.        *[signature]*
                                                                *Judge's signature*

City and state: <u>Milwaukee, Wisconsin</u>        <u>THE HONORABLE WILLIAM E. DUFFIN</u>
                                                                                                United States Magistrate Judge
                                                                                                *Name & Title of Judicial Officer*

# RETURN

| Date Warrant received | Date and time Warrant executed | Copy of warrant and receipt for items left with |
|---|---|---|
| 01-19-18 | 01-24-18   4:03PM | XAPO, INC. |

Inventory made in the presence of

DS LAURA REID

Inventory of property seized pursuant to the Warrant

0.07602526 BTC

# CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me on this date.

_William F. [signature]_     5/10/18

U.S. Judge or Magistrate Judge     Date